IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIELLE CARNE,

    Plaintiff,

  v.

Case No. 18-cv-818-wmc

JAMES J. DALEY,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Danielle Carne against defendant James J. Daley in the amount of $50,000.00 on plaintiff's First Amendment political affiliation claim.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant James J. Daley dismissing all other claims.

| s/ K. Frederickson, Deputy Clerk | January 29, 2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |